IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSENDO ROBERT RAMIREZ,

    Plaintiff,                    No. CIV S-11-1004 DAD P

    vs.

JOHN POTTER, et al.,

    Defendants.             ORDER

/

        Plaintiff is an inmate at the Eloy Detention Center in Eloy, Arizona. He is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). See Doc. No. 4. By order filed November 18, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint.[1]

/////

/////

---

[1] The court notes that plaintiff filed a new in forma pauperis application and trust account statement with this court on December 23, 2011. However, in that filing plaintiff made no mention about whether he intended to file an amended complaint.

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: January 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
   ram1004.fta