1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROSENDO ROBERT RAMIREZ,

11            Plaintiff,                        No. CIV S-11-1004 DAD P

12        vs.

13    JOHN POTTER, et al.,

14            Defendants.                       ORDER

15    _____/

16            Plaintiff is an inmate at the Eloy Detention Center in Eloy, Arizona.  He is

17    proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has

18    previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. §

19    636(c).  See Doc. No. 4.  By order filed November 18, 2011, plaintiff's complaint was dismissed

20    and thirty days leave to file an amended complaint was granted.  The thirty day period has now

21    expired, and plaintiff has not filed an amended complaint.[1]

22    /////

23    /////

24    _____

25        [1] The court notes that plaintiff filed a new in forma pauperis application and trust account
      statement with this court on December 23, 2011.  However, in that filing plaintiff made no
26    mention about whether he intended to file an amended complaint.

                                            1

1        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3   DATED: January 4, 2012.

4

5   _____

                                            DALE A. DROZD
6   DAD:4                                   UNITED STATES MAGISTRATE JUDGE
    ram1004.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26